■ In the Matter of Joseph Sheridan, Appellant, v. Stephen P. Kennedy, as Police Commissioner of the City of New York, Respondent.— Order entered on February 5, 1960, confirming a determination of respondent dismissing petitioner from his position of Patrolman in the Police Department of the City of New York and dismissing the petition, unanimously affirmed, with $20

752

costs and disbursements to the respondent. No opinion. Concur — Breitel, J. P., Rabin, Valente, McNally and Eager, JJ.

■ EMILY MARX, Appellant, v. AARON KATZ, Respondent.— Order entered on August 16, 1960, denying plaintiff's motion for summary judgment, and order entered on the 9th day of September, 1960, granting reargument, and, upon such reargument, adhering to the court's original decision, unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Breitel, J. P., Rabin, Valente, McNally and Eager, JJ.